**Dismiss and Opinion Filed May 12, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-00200-CV**

**MANAS PROPERTIES, LLC, Appellant**

**V.**

**UNITED CENTRAL BANK, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00045-2014**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Chief Justice Wright

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated February 19, 2014, we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated February 19, 2014, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letters[1] dated April 14, 2014 and April 23, 2014, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements

---

[1] Appellant provided two addresses on the notice of appeal. After the April 14, 2014 letter was returned with a notation unable to forward, we resent the letter to the second address.

to pay for the clerk's record. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

140220F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MANAS PROPERTIES, LLC, Appellant

No. 05-14-00200-CV          V.

UNITED CENTRAL BANK, Appellee

On Appeal from the 429th Judicial District Court, Collin County, Texas
Trial Court Cause No. 429-00045-2014.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee UNITED CENTRAL BANK recover its costs of this appeal from appellant MANAS PROPERTIES, LLC.

Judgment entered May 12, 2014.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

–3–